IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

DONDERRIOUS WILLIAMS
_____ ,    )
                                              )
                Plaintiff,                    )
                                              )
v.                                            )    CASE NO. _____
                                              )
JEREMY PELZER, et al.                         )
_____ ,    )
                                              )
                Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DONDERRIOUS WILLIAMS , a  Plaintiff [▾] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____            _____

_____            _____

_____            _____

6/30/2023                                  _____
_____                         (Signature)
      Date                                 Joseph Mitchell McGuire
                                           (Counsel's Name)
                                           Donderrious Williams
                                           _____
                                           Counsel for (print names of all parties)
                                           31 CLAYTON STREET
                                           _____
                                           MONTGOMERY, AL 36104
                                           Address, City, State Zip Code
                                           (334) 517-1000
                                           _____
                                           Telephone Number