FILED

2026 Aug-03 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DONDERRIOUS WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **5:24-cv-706-HNJ** |
| | ) | |
| **JEREMY PELZER,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Donderrious Williams and Defendants Jeremy Pelzer, Michael Jones, Steven Parker, Christopher Cottles, Floyd Allen, Christopher Allen, Thomas Hines, John Ketteman, Demetrius Charley, Christopher Simpson, Luther Smith, Deborah Toney, William Streeter, and John Hamm, and hereby jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal <u>with prejudice</u> of all claims against any and all parties in this lawsuit.

1

Respectfully submitted this 3rd day of August, 2026.

/s/ *Al Brooks* w/ permission by TH

Alexander Brooks
(CA Bar No. 340178) (*pro hac vice*)
Telephone: (510) 679-2135
Email: albrookslaw@gmail.com
Jennifer Orthwein
(CA Bar No. 255196) (*pro hac vice*)
Telephone (510) 210-0889
Email: jen@orthweinlaw.com
ORTHWEIN LAW, PC
2323 Broadway Ave
Oakland, CA 94612

Lauren Faraino
(AL Bar No. 8098C65A)
FARAINO, LLC
205-737-3171
2647 Rocky Ridge Lane
Birmingham, AL 35216
lauren@farainollc.com

***Attorneys for Plaintiff Donderrious Williams***

Steve Marshall,
*Attorney General*

/s/ *Cam Elkins* w/ permission by TH

Tara S. Hetzel
*Deputy Attorney General*
Cameron W. Elkins
*Assistant Attorney General*

2

State of Alabama
Office of Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov
Cameron.Elkins@AlabamaAG.gov
Hunter.Sims@AlabamaAG.gov

*Counsel for Pelzer, Jones, Parker, Cottles, Simpson, C. Allen, F. Allen, Charley, Toney, Streeter, and Hamm*

/s/ _____
Albert L. Jordan
(ASB-5222-d51a)
bjordan@wallacejordan.com
Thomas A. McKnight, Jr.
(ASB-3942-m67m)
tmcknight@wallacejordan.com

WALLACE, JORDAN, RATLIFF &
BRANDT, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Telephone: 205-870-0555
Facsimile: (205) 871-7534

*Attorneys for Defendant John P. Ketteman*

3